**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39119/39124**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2012 Unpublished Opinion No. 527 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: June 21, 2012 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| JASON R. PUCKETT, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the First Judicial District, State of Idaho, Shoshone County. Hon. Fred M. Gibler, District Judge.

Order denying Idaho Criminal Rule 35 motion for reduction of sentence, affirmed.

Sara B. Thomas, State Appellate Public Defender; Elizabeth Ann Allred, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; LANSING, Judge;
and GUTIERREZ, Judge

_____

PER CURIAM

In docket number 39124, Jason R. Puckett pled guilty to petit theft, Idaho Code § 18-2407, and burglary, Idaho Code § 18-1401. The district court sentenced Puckett to a 365 day county jail term for the petit theft and a unified term of ten years, with four years determinate, for the burglary. Both sentences were to be served concurrently with the sentence in docket number 39119. Puckett filed an Idaho Criminal Rule 35 motion as to the burglary sentence, which the district court denied. Puckett appeals.[1]

_____

[1] In docket number 39119, Puckett pled guilty to battery, Idaho Code § 18-903. The district court sentenced Puckett to a 180 day term, to be served concurrently with Puckett's sentences in docket number 39124. The two cases have been consolidated on appeal. Although

1

A motion for reduction of sentence under Idaho Criminal Rule 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d 23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting a Rule 35 motion, the defendant must show that the sentence is excessive in light of new or additional information subsequently provided to the district court in support of the motion. *State v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007). Upon review of the record, including the new information submitted with Puckett's Rule 35 motion, we conclude no abuse of discretion has been shown. Therefore, the district court's order denying Puckett's Rule 35 motion is affirmed.

---

Puckett appeals from the judgments of conviction and sentences in both cases, Puckett does not dispute that he waived his right to appeal his sentences in the plea agreements and provides neither argument nor authority as to his sentences. *See State v. Zichko*, 129 Idaho 259, 263, 923 P.2d 966, 970 (1996) (holding a party waives an issue on appeal if either authority or argument is lacking). As such, we limit our review to the denial of Puckett's Idaho Criminal Rule 35 motion in docket number 39124.